Zev B. Zysman (176805)
**Weiss Law LLP**
1516 South Bundy Drive, Suite 309
Los Angeles, California 90025
Telephone: (310) 208-2800
Facsimile: (310) 209-2348

Jordan L. Lurie (130013)
**Capstone Law APC**
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

*Attorneys for Plaintiff and the Proposed Class*

Steven A. Zalesin (admitted pro hac vice)
Travis J. Tu (admitted pro hac vice)
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILOOFAR SAEIDIAN, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA COLA COMPANY,<br><br>Defendant. | Case No: 09-cv-06309 SJO-JPRx<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE STATUS CONFERENCE** |

Pursuant to Civil Local Rule 16-15.7, notice is hereby given by Plaintiff Niloofar Saeidian, on behalf of herself and all others similarly situated ("Plaintiff") and Defendant The Coca-Cola Company ("Defendant"), by and through their undersigned counsel, that the Parties have reached a preliminary agreement to settle this action on a class-wide basis with the assistance of the mediator, Judge Richard Kramer (Ret.). The Parties anticipate that the formal settlement agreement will be finalized and that Plaintiff will be able to file a Motion for Preliminary Approval within sixty (60) days.

In view of the settlement, the Parties request that the Court vacate the Status Conference scheduled for December 7, 2015 (Dkt. No. 184).

Dated: November 25, 2015    Weiss Law LLP
Zev B. Zysman

By:    /s/ Zev B. Zysman
Zev B. Zysman
1516 South Bundy Drive, Suite 309
Los Angeles, CA 90025

Jordan L. Lurie
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, CA 90067

*Attorneys for Plaintiff and the Class*

Dated: November 25, 2015    Patterson Belknap Webb & Tyler LLP
Steven A. Zalesin (admitted pro hac vice)
Travis J. Tu (admitted pro hac vice)

By:    /s/ Steven A. Zalesin
Steven A. Zalesin
1133 Avenue of the Americas
New York, New York 10036

*Attorneys for Defendant*
*THE COCA-COLA COMPANY*

**Signature Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2), I , Robert K. Friedl, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:/s/  Robert K. Friedl
Robert K. Friedl