Zev B. Zysman (176805)
zev@zysmanlawca.com
**LAW OFFICES OF ZEV B. ZYSMAN APC**
15760 Ventura Boulevard, 16th Floor
Encino, California 91436
Telephone: (818) 783-8836

Jordan L. Lurie (130013)
jordan.lurie@capstonelawyers.com
Robert K. Friedl (134947)
robert.friedl@capstonelawyers.com
**CAPSTONE LAW APC**
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811

Leigh A. Parker (170565)
lparker@weisslawllp.com
**WEISSLAW LLP**
1516 South Bundy Drive, Suite 309
Los Angeles, California 90025
Telephone: (310) 208-2800

*Attorneys for Plaintiff and the Proposed Settlement Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILOOFAR SAEIDIAN, on Behalf of Herself and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>THE COCA COLA COMPANY,<br><br>           Defendant. | Case No.  09-cv-06309 SJO (JRPx)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     March 28, 2016<br>Time:    10:00 a.m.<br>Room:   Courtroom 1 – 2nd Floor<br>Judge:   Honorable S. James Otero |

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE THAT on March 28, 2016 at 10:00 a.m. or as soon as counsel may be heard in Courtroom 1, Second floor, of the United States Courthouse located at 312 N. Spring St., Los Angeles, California, Plaintiff Niloofar Saeidian will, and hereby does, move the Court for: (1) an order granting preliminary approval of the terms of the settlement reached by Plaintiff and Defendant; (2) certification, for settlement purposes only, of the proposed Class; (3) approval of the form and method of notice of the settlement and of the pendency of the litigation to the Class and order that such notice be given; and (4) setting of a hearing for final approval of the settlement, as well as Plaintiff's unopposed application for an award of attorneys' fees and reimbursement of expenses, and incentive award request.

      This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the Settlement Agreement and Release (including Exhibits), the Declarations of Zev B. Zysman and Steven Weisbrot, the pleadings and other files herein, and such other written and oral argument as may be permitted by the Court at the time of the hearing.

      This Motion is unopposed by Defendant The Coca-Cola Company.

Dated: February 26, 2016        /s/ Zev B. Zysman

**LAW OFFICES OF ZEV B. ZYSMAN**

A Professional Corporation
15760 Ventura Boulevard, 16th Floor
Encino, CA 91436
Telephone: (818) 783-8836
Facsimile:　(818) 783-9985

*Attorneys for Plaintiff and
the Proposed Settlement Class*

PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT