UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 09-06309 SJO (JTLx)** | **Date** | **March 30, 2016** |
|---|---|---|---|
| Title | **Niloofar Saeidian v. The Coca Cola Company** | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Carol Zurborg | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jordan L. Lurie<br>Zev B. Zysman | Steven A. Zalesin |

**Proceedings:**    **MOTION for Order for Preliminary Approval of Class Action Settlement, Conditionally Certifying a Settlement Class, Approving Form of Notice to the Class & Setting Hearing of Final Approval of Settlement filed by Plaintiff Niloofar Saeidain [#195]**

Hearing held.

Court and counsel confer in chambers.

The Court continues hearing on this matter to Thursday, May 5, 2016 @ 9:00 a.m. Counsel for defendant may appear by videoconference.

|  | : | 0/02 |
|---|---|---|
| Initials of Preparer | | vpc |