| | |
|---|---|
| ZEV B. ZYSMAN (SBN 176805) zev@zysmanlawca.com LAW OFFICES OF ZEV B. ZYSMAN APC 15760 Ventura Boulevard, 16th Floor Encino, CA 91436 Tel:   818-783-8836 Fax:   818-783-9985 | JEFFREY A. ROSENFELD (SBN 136896) jeffrey.rosenfeld@dlapiper.com DLA PIPER LLP 2000 Avenue of the Stars Suite 400 North Tower Los Angeles, California 90067 Tel:   310-595-3000 Fax:   310-595-3300 |
| JORDAN L. LURIE (SBN 130013) jordan.lurie@capstonelawyers.com CAPSTONE LAW APC 1840 Century Park East Suite 450 Los Angeles, CA 90067 Tel:   310-556-4811 Fax:   310-943-0396 | STEVEN A. ZALESIN (admitted *pro hac vice*) sazalesin@pbwt.com PATTERSON BELKNAP WEBB & TYLER LLP 1133 Avenue of the Americas New York, New York 10036 Tel:   212-336-2000 Fax:   212-336-2222 |
| *Attorneys for Plaintiff Niloofar Saeidian and the Proposed Class* | *Attorneys for Defendant The Coca-Cola Company* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILOOFAR SAEIDIAN, on Behalf of Herself and All Others Similarly Situated,<br><br>              Plaintiff,<br>     vs.<br><br>THE COCA COLA COMPANY,<br><br>              Defendant. | Case No. 2:09-CV-06309-SJO (JPR)<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. S. James Otero |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Niloofar Saeidian and Defendant The Coca-Cola Company hereby stipulate and agree that Plaintiff hereby dismisses this action in its entirety with prejudice.

Dated: May 20, 2016  LAW OFFICES OF ZEV B. ZYSMAN APC

By: */s/ Zev B. Zysman*
Zev B. Zysman
Attorneys for Plaintiff

Dated: May 20, 2016  PATTERSON BELKNAP WEBB & TYLER LLP

By: */s/ Steven A. Zalesin*
Steven A. Zalesin
Attorneys for Defendant